```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 17028
   MICHAEL J SANDERS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-7090

------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/22/2006 and was confirmed 03/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/06/2079.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
FLAGSTAR BANK              CURRENT MORTG        .00           .00           .00
FLAGSTAR BANK              MORTGAGE ARRE     659.84           .00        659.84
DAIMLER CHRYSLER FINANCI   SECURED VEHIC   13667.18        528.98       1881.40
DAIMLER CHRYSLER FINANCI   UNSECURED        3415.65           .00        180.25
STEEL CITY FINANCIAL       SECURED          1700.00           .00        254.97
STEEL CITY FINANCIAL       UNSECURED       NOT FILED          .00           .00
SPRINT PCS                 UNSECURED       NOT FILED          .00           .00
SPRINT PCS                 UNSECURED       NOT FILED          .00           .00
HSBC/CARSONS               UNSECURED       NOT FILED          .00           .00
T MOBILE                   UNSECURED       NOT FILED          .00           .00
PROVIDIAN NATIONAL BANK    UNSECURED        4853.97           .00        256.16
RESURGENT CAPITAL SERVIC   UNSECURED        1497.97           .00         79.06
RESURGENT CAPITAL SERVIC   UNSECURED         895.24           .00         47.24
WELLS FARGO FINANCIAL AM   UNSECURED       NOT FILED          .00           .00
B-LINE LLC                 UNSECURED        1611.89           .00         85.07
LEGAL HELPERS PC           DEBTOR ATTY      1,700.00                    1,700.00
TOM VAUGHN                 TRUSTEE                                        382.03
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 6,055.00

PRIORITY                                              .00
SECURED                                          2,796.21
    INTEREST                                       528.98
UNSECURED                                          647.78
ADMINISTRATIVE                                   1,700.00
TRUSTEE COMPENSATION                               382.03
DEBTOR REFUND                                         .00

                 PAGE   1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 17028 MICHAEL J SANDERS
```

```
                                     ---------------        ---------------
TOTALS                                      6,055.00               6,055.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE